GAS 245D     (Rev. 09/11) Judgment in a Criminal Case for Revocations

# UNITED STATES DISTRICT COURT
Southern District of Georgia
Dublin Division

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2020 NOV 17 P 2:35

CLERK
SO. DIST. OF GA.

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| v. | (For Revocation of Probation or Supervised Release) |
| Terryon J. Norris | Case Number:   3:12CR00004-1 |
| | USM Number:   17563-021 |
| | Trey Taylor |

**THE DEFENDANT:**

☒ admitted guilt to violation of mandatory conditions (Violation Numbers 1 and 4), standard conditions (Violation Numbers 5 and 6), and special conditions (Violation Numbers 7, 8, and 9) of the term of supervision.

☒ was found in violation of mandatory conditions (Violation Numbers 2 and 3) after denial of guilt.

The defendant is adjudicated guilty of these offenses:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | The defendant committed another federal, state, or local crime (mandatory condition). | March 6, 2019 |
| | See page two for additional violations | |

The defendant is sentenced as provided in page 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the Court and United States Attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec:  4478

Defendant's Year of Birth:  1988

City and State of Defendant's Residence:

Wrightsville, Georgia

November 12, 2020
Date of Imposition of Judgment

*/s/ Dudley H. Bowen, Jr.*
Signature of Judge

Dudley H. Bowen, Jr.
United States District Judge

Name and Title of Judge

November 17, 2020
Date

GAS 245D    Case 3:12-cr-00004-DHB-BKE    Document 404    Filed 11/17/20    Page 2 of 3
(Rev. 09/11) Judgment in a Criminal Case for Revocations

Judgment— Page 2 of 3

DEFENDANT: Terryon J. Norris
CASE NUMBER: 3:12CR00004-1

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| 2 | The defendant committed another federal, state, or local crime (mandatory condition). | March 29, 2020 |
| 3 | The defendant committed another federal, state, or local crime (mandatory condition). | August 3, 2020 |
| 4 | The defendant failed to refrain from unlawful use of a controlled substance (mandatory condition). | January 23, 2020 |
| 5 | The defendant left the judicial district without permission of the Court or probation officer (standard condition). | March 6, 2019 |
| 6 | The defendant failed to work regularly at a lawful occupation (standard condition). | August 13, 2020 |
| 7 | The defendant failed to comply with a curfew as directed (special condition). | June 20, 2018 |
| 8 | The defendant failed to comply with a curfew as directed (special condition). | March 6, 2019 |
| 9 | The defendant failed to comply with a curfew as directed (special condition). | March 29, 2020 |

GAS 245D
(Rev. 09/11) Judgment in a Criminal Case for Revocations
Case 3:12-cr-00004-DHB-BKE   Document 404   Filed 11/17/20   Page 3 of 3

Judgment— Page 3 of 3

DEFENDANT: Terryon J. Norris
CASE NUMBER: 3:12CR00004-1

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: 24 months, with no supervision to follow.

☐ The Court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on _____ .

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL